**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Travis Lee KISTO, Defendant—
Appellant.**

**No. 04–10431.
D.C. No. CR–03–00672–EHC.**

United States Court of Appeals,
Ninth Circuit.

Submitted June 14, 2005.*

Decided June 17, 2005.

Mary Beth Pfister, Esq., Office of the U.S. Attorney, Phoenix, AZ, for Plaintiff–Appellee.

Michael S. Ryan, Esq., Phoenix, AZ, for Defendant–Appellant.

Before KLEINFELD, TASHIMA and THOMAS, Circuit Judges.

### MEMORANDUM **

Travis Lee Kisto appeals the district court's judgment imposing a 30–month sentence following his guilty-plea conviction for unlawful possession of a firearm in violation of 26 U.S.C. §§ 5861(d) and 5871. We have jurisdiction pursuant to 28 U.S.C. § 1291.

We dismiss in light of the valid written appeal waiver. *See United States v. Ngu-*

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

*yen,* 235 F.3d 1179, 1182 (9th Cir.2000) (stating that an appeal waiver is valid when it is entered knowingly and voluntarily); *United States v. Cardenas,* 405 F.3d 1046, 1048 (9th Cir.2005) (holding that the changes in sentencing law imposed by *United States v. Booker,* — U.S. ——, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005), did not render waiver of appeal involuntary and unknowing).

DISMISSED.

---

courts of this circuit except as provided by Ninth Circuit Rule 36–3.

